UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL LOVE, | No. 2:19–cv–2204–JAM–KJN |
| Plaintiff, | ORDER |
| v. | (ECF No. 9) |
| MIDLAND CREDIT MANAGEMENT, | |
| Defendant. | |

After reviewing plaintiff Cheryl Love's Motion to authorize T-Mobile Metro PCS to the release of telephone records for number (510) 938-1250, it is hereby ORDERED that plaintiff's Motion is GRANTED. T-Mobile Metro PCS is authorized to produce telephone records associated with the number (510) 938-1250, and is further compelled to comply with any subpoena issued for that number within thirty (30) days of this order.

Dated: March 24, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

love.2201